UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:14-CR-83(01) |
| | ) | |
| RICKY ANTHONY LANIER | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated March 11, 2015. [Doc. 97]. The Magistrate Judge recommends that the defendant's motion to dismiss the indictment in this case be denied. The defendant has not filed any objections to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's motion to dismiss, the response of the government, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to dismiss the indictment is **DENIED.** [Doc. 90].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE