UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No.  2:14-CR-83 |
| | ) | |
| RICKY ANTHONY LANIER and | ) | |
| KATRINA RESHINA LANIER | ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court to consider the defendants' joint motion to access Juror 11's text message and internet browser history that was preserved by this Court on February 16, 2018, [Doc. 348].  The defendants attached to their motion the Sixth's Circuit's Order which remands the defendants' request to subpoena Juror 11 to this Court to consider "the relevance of the information obtained from Juror 11's text messages and web history," and whether the defendants have been provided a "meaningful opportunity to investigate and prove their claim." [Doc. 348-1].  The government has responded, [Doc. 350], and does not oppose granting the parties access to the material obtained from Juror 11's devices.

In light of the posture of the parties and the directive from the Sixth Circuit, it is hereby ordered that the defendant's motion to access the information retrieved from Juror 11's devices, [Doc. 348], is **GRANTED**.  The defendants and the government will have an opportunity to review the information obtained from Juror 11's devices, which has been preserved under seal by this Court.  This review shall take place in the District Judge's Courtroom in Greeneville, Tennessee, on **Wednesday, April 11, 2018 at 1:30 pm**.  In addition, the Court's information technology

staffmember who retrieved the data will be available to testify as to the methods used to extract the relevant information requested by the defendants' subpoena.

So ordered.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE