UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:14-CR-83 |
| | ) | |
| RICKY ANTHONY LANIER and | ) | |
| KATRINA RESHINA LANIER | ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court to consider the defendants' joint emergency motion for seizure and forensic imaging of Juror 11's computer. [Doc. 357]. The defendants' filed a supplement to this motion to include their request that Juror 11's cell phone also be seized, forensically imaged, and analyzed by an expert. [Doc. 367]. The government has responded, and does not oppose the defendants' motion for a forensic evaluation of Juror 11's computer. [Doc. 362]. However, the government does not agree that the defendants' request for seizure and imaging of the Juror 11's cell phone is necessary, and opposes that request. [Doc. 371].

It is hereby **ORDERED** that the defendants' request for forensic imaging is **GRANTED**, at least as to Juror 11's laptop computer. This Court has secured an independent forensic expert to conduct the imaging and evaluation processes. This examiner provided a possible cost estimate to this Court of the imaging and examination of the device, which amounted to $4,000. The defendants are responsible for the full cost of this examination. Therefore, it is **ORDERED** that the defendants will immediately make a deposit of $4,000 into the registry of the Court.

The parameters of this examination have yet to be determined. Therefore, it is further **ORDERED** that the parties will file their proposals for the parameters of the analysis of Juror 11's computer and cell phone[1] by **April 19, 2018 at 5:00 p.m.**

So ordered.

ENTER:

                                                               s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE

---

[1] The parties shall submit their proposal for analysis of Juror 11's cell phone even though the Court has not yet decided whether it will require production of the cell phone for further analysis.